# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD C. DIAZ, SR., <br><br>    Plaintiff, <br><br>    v. <br><br> CAL. DEPT. OF CORR. AND REHAB. OFFICER, et al., <br><br>    Defendants. | Case No. CV 20-2351 GW (PVC) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint in the above-captioned matter, all the records and files herein, and the Second Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Second Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 3, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE