1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD C. DIAZ, SR.,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAL. DEPT. OF CORR. AND REHAB.<br>OFFICER, et al.,<br><br>                    Defendants. | Case No. CV 20-2351 GW (PVC)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated:  August 3, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE